

Monday, November 28, 2011

No. 12–0172/NA.   U.S. v. Jeremy L. Rauscher.   CCA 201000684.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 12, 2011.

No. 12–0177/AR.   U.S. v. Eric Figueroamarcial.   CCA 20090056.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 13, 2011.